# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE MCDONALD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE BILL
HENDERSON, DISTRICT JUDGE,
Respondents,
  and
CANDACE MCDONALD,
Real Party in Interest.

No. 78258



FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF

This original, emergency petition for a writ of mandamus or other extraordinary relief challenges the district court's decision to delay hearing a criminal contempt matter pending resolution of criminal charges concerning the same alleged conduct. In particular, petitioner asserts that the delay in hearing the criminal contempt matter violates his rights to a speedy trial.

Having considered the petition and appendices, we are not convinced that our extraordinary intervention is warranted at this time. NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). We note that the criminal trial is scheduled to begin this month, and a status check hearing is set in the contempt matter for next month. Further, petitioner may raise this issue in a challenge to any decision on the contempt matter by which he is aggrieved. *Pengilly v. Rancho Santa Fe*

19-10494

*Homeowners Ass'n*, 116 Nev. 646, 650, 5 P.3d 569, 571 (2000). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Hon. Bill Henderson, District Judge, Family Court Division
     William B. Gonzalez
     Collings Law Group
     Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL LEE MCDONALD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE BILL
HENDERSON, DISTRICT JUDGE,
Respondents,
  and
CANDACE MCDONALD,
Real Party in Interest.

No. 78258

FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF*

This original, emergency petition for a writ of mandamus or other extraordinary relief challenges the district court's decision to delay hearing a criminal contempt matter pending resolution of criminal charges concerning the same alleged conduct. In particular, petitioner asserts that the delay in hearing the criminal contempt matter violates his rights to a speedy trial.

Having considered the petition and appendices, we are not convinced that our extraordinary intervention is warranted at this time. NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). We note that the criminal trial is scheduled to begin this month, and a status check hearing is set in the contempt matter for next month. Further, petitioner may raise this issue in a challenge to any decision on the contempt matter by which he is aggrieved. *Pengilly v. Rancho Santa Fe*

19-10494

*Homeowners Ass'n*, 116 Nev. 646, 650, 5 P.3d 569, 571 (2000). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver


cc:    Hon. Bill Henderson, District Judge, Family Court Division
       William B. Gonzalez
       Collings Law Group
       Eighth District Court Clerk